Dante' G. Fredrick
#11-41-121
Smith S.P.
P.O. Box 726
Glennville GA
30427

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Emotional Distress / Pain and suffering

Dante Germaine Fredrick

Eighth Amendment Violation
Fourteenth Amendment Violation
Egressive Force
Deliberate Indifference
Negligence
personal Injury

#11-41-121

Civil Action No _____

(Enter above full name of plaintiff or plaintiffs)

v.

| Brad Hooks, Warden of Johnson State Prison | SGT. Tucker, supervisor Johnson S.P. |
| Paula Duncan, Captain of Johnson State Prison | Warden Barrows-Washington S.P. |
| Nurse Moore, Medical Nurse of Johnson State Prison | Captain Grier of Washington S.P. |
| L.T. Harris, Shift Supervisor of Johnson State Prison | L.T Askew- of Washington State Prison |
| | Cert Team Danford of Washington State Prison |
| | Georgia Dept. of Corrections Transfer Department |

(Enter above full name of defendant or defendants)

I.    Previous lawsuits

# C V 3 1 4 - 1 5 3

A.    Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action?                                        Yes _____ No ✓

If your answer to A is yes, describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using the
same outline.)

1.    Parties to this previous lawsuit:

Plaintiffs:  ____N/A____  ____N/A____  ____A/A____

Defendants:  _____N/A_____

2.    Court (if federal court, name the district; if state court, name the county):

_____N/A_____

3.    Docket number:  _____N/A_____

4.    Name of judge assigned to case: _____N/A_____

U.S. DISTRICT COURT
SAVANNAH, GA.
2014 DEC 17  PM 3:33
CLERK _____
SO. DIST. OF GA.

Dante French
# 11-41-121
Smith S.P.
P.O. Box 726
Glennville
GA 30427

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____ N/A _____

6. Approximate date of filing lawsuit: _____ N/A _____

7. Approximate date of disposition: _____ N/A _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                    Yes _____   No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
                                                                        Yes _____   No _____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

Plaintiffs: _____

Defendants: _____
_____

2. Court (name the district): _____

3. Docket number: _____

4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit: _____

2

Dante Frederick
# 11-41-121
Smith S.P.
P.O. Box 726
Glennville
GA 30427

7.   Approximate date of disposition: _____ N/A _____

8.   Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?   Yes ____ No ____

C.   As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   Yes ____ No ____

1.   If your answer to C is yes, name the court and docket number for each case:

N/A                    N/A

II.   Place of present confinement: Smith State Prison

A.   Is there a prisoner grievance procedure in this institution? Yes ✓ No ___

B.   Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes ✓ No ___

C.   If your answer to B is yes:

1.   What steps did you take? I wrote letters told supervisors, Staff, nurses and wrote grievances and I have supporting documents of complaint and also staff witnesses to complaint.

2.   What was the result? My first grievance was denied and still have not recieve a answer to appeal. My second grievance is over 40 day time Frame and still has not been responded to Grievances Attached

# Offender Grievance

**FREDRICK, DANTE G-GDC ID 1141121**

### Grievance No. 181112 - Status: PENDING INVESTIGATION RESULTS

Click here for printer friendly version.

| | | | |
|---|---|---|---|
| Facility Grievance Against: | **JOHNSON STATE PRISON** | Grievance Type: | **FORMAL** |
| Grievance Date: | 09/02/2014 | Form Received Date: | 09/10/2014 |
| Expedited Grievance: | **NO** | Grievance Category: | **MEDICAL** |

Complaint/Resolution: **The inmate alleges that on 9/2/14 he was scheduled an x-ray of a broken bone and due to officers not doing their jobs properly he was never taken to a 6:30 am appointment. The inmate alleges that the nurse came down to J1 and told the officers/ Officer Wasson personally that he needs to be seen that morning for an x-ray. The inmate alleges that it was said that a Lt. or above would have to take him. The inmate alleges that it is a Lt. on shift 24 hours a day, more than one during the week. The inmate alleges that he was not taken to x-ray and was still kept in a cell, J1-106, for another day with no meds or medical treatment for his injury. The inmate alleges that nurses, officers and supervisors were informed and showed bone sticking through his forearm. The inmate alleges that he almost had a stroke and was rushed to the hospital where it was determined his elbow was broken and his blood pressure was up from severe pain. The inmate also alleges that he is in fear of his life at this prison and he has told officers and supervisors even after he was threatened by an officer and he was still forced to stay at Johnson State Prison. The inmate alleges that he was not given a shower and he has had only one shower since he has been at Johnson State Prison. The inmate alleges that he was not able to call his family after being taken to the hospital. RESOLUTION: All copies to grievances, allow phone call to family and lawyer, transfer, copies of medical records, addresses to Commissioners and Govener's office, to speak with Victor Walker**

### No Persons Involved

### No Incidents Involved

## RESOLUTION

| | | | |
|---|---|---|---|
| Status: | **NOT RESOLVED** | Status Date: | **10/31/2014** |

Resolution Comments:

© 1998 - 2002 Georgia Department of Corrections
Send your system questions and recommendations to us

It is a 40 day wait for a response and a requested 10 day extention Johnson State Prison is in clear violation of time frame I have requested appeal still nothing from Brad Hooks Warden or Johnson State Prison 12/1/2014



## WARDEN'S/SUPERINTENDENT'S GRIEVANCE RESPONSE

Offender's Name:    **Fredricks, Dante**          Grievance Number:    181095

GDC #:    **1141121**          Facility:    **Johnson State Prison**


RESPONSE TO GRIEVANCE:
Captain Duncan stated that she had asked you whose phone number was 478-275-7374; however, she denies your allegations of harassment. There is no evidence to substantiate your claim.


_____          _____
Warden's/Superintendent's signature          (date)   10/6/14


I ACKNOWLEDGE RECEIPT OF THE ABOVE RESPONSE ON THIS DATE:
_____          _____
Offender's signature          (date)   10/20/2014


*You have seven (7) calendar days within which to appeal this Response to your Grievance Coordinator. If the last day is not a business day at your institution, you may file it on the next day that is a business day.*

Dante Fredrick
#11-41-121
Smith S.P.
P.O. Box 726
Glennville
GA 30427

3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ✓ No ___

If yes, what was the result?  No response

D.  If you did not utilize the prison grievance procedure, explain why not: ___

N/A     N/A     N/A

IV.   Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A.   Name of plaintiff:  Dante Germaine Fredrick
     Address:  #11-41-121 / Smith State Prison
               P.O. Box 726
               Glennville, GA. 30427

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B.   Name of defendant:  L.T. Askew
     Position:  ADMINISTRATIVE Luetentant
     Place of employment:  Washington State Prison
     Current address:

C.   Additional defendants:  Georgia Dept of Corrections Transfer Dept.
     Capt. Grier - Washington State Prison
     Cert. Danford - Washington State Prison
     Warden Barrows-Washington State Prison
     Brad Hooks Warden - Johnson State Prison
     SGT. Tucker - Johnson State Prison
     L.T. Harris - Johnson State Prison
     Capt. Duncan - Johnson State Prison
     Nurse Moore - Medical Dept. Johnson State Prison

6

Dante Fredrick
#11-41-121
P.O Box 726

Smith S.P.
Glennville GA,
30427

V.   Statements of Claim

State here as briefly as possible the FACTS in your case. Describe how each
defendant is personally involved in the depriving you of your rights. You must
include relevant times, dates, places, and names of witnesses. DO NOT GIVE
LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to
allege a number of related claims, number and set forth each claim in a separate
paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 8/19/2014 Approximily 3:00 P.M. at Washington
State Prison. I was awaken by Captain Grier, Cert
team Danford, L.T. Askew came to my cell in
I-building at (W.S.P.) Seg unit. Ask me to "cuff-
up" So they could search the cell. I did what
I was told, I was pulled out the cell and then
took me back into the cell by L.T. Askew and Cert team
officers Danford. L.T. Askew to me to squart and cou-
gh I did that 3 times, he put on gloves and told me
to turn around and bend over, I felt like he was go-
ing to try to stick his hand up my recktal area.
He then grab my arm while Cert Team Danford Stood
behind him and he forcefully pulled, bent, and twist
my arm in some type of position, until I literally felt
my bone crack and I felt extreme pain. I fell down
even more to my knees and then officer/Cert Danford
Stuck his foot in my back while I was already in hand-
cuffs on the floor. I was then taken to wardens
office to be questioned and was never taken to
medical even after use of force. It was not a
camera used to my knowledge. I was the tran-
ported to Johnson State Prison Still with
no medical help or any type relief. See Attached
papers

5

Attached is
Statements, medical
reports and Motions
Evidence and proof.

Pg. 2   Attachment   Dante vs. Fredrick
S.S.P., W.S.P., Dept, of Corr.

V.  ● "CIVIL ACTION Statement of Claim"

On August 19, 2014 Approximily 7:00 P.M. I was trans-
ported to Johnson State Prison from Washington State
Prison. Upon my arrival I was taken to J-1 Cell
106 ONE MAN CELL Isolation/Segregation housing
dormatory. I noticed sharp pain in my right arm
before I arrive at J.S.P., But was not taken to medical
even after the use of force incident. I don't even think
a use of force incident report was made by officers at
Washington State Prison (W.S.P.). While in my cell
at (J.S.P.) I begin to notice swelling, and sharp
pains and also a visible bone sticking out of place
up under my skin near my elbow and swelling on
my forearm. I alerted nurses, and was told to put
in sick-call forms. By August 21, 2014 pain had
become unbarable and I had put in a sick-call form
the day before. Still no medical attention or medicati-
on, another day left in severe pain and suffering. A day
or so later I was threaten by a officer of (J.S.P.)
(Johnson S.P.) working J-1 dormatory where at
the time I was housed in J-1 Cell 106. I was
told I would not make it out of Johnson alive and
that he was the cousin of a officer a Washington
S.P. (Ofc. Burden) W.S.P. and that he knows the
reason why I was transfered here to Johnson S.P.
along with some other things that was said
and done. At that time I was put in

pg. 3   Attachment    State, J.S.P, W.S.P, Dept. of. Corr
                                          VS

V. ● "Civil Action Statement of Claim"
                    Continued from
                         pg.2

extreme fear and extreme fear for my family
as well. He (Investigator Miller) Finished Interview
                         I.A.
and went into the captains office. Approximily 20
minutes later I was Called into captains Duncans
office where I was shown a board filled with
Idenification Cards of all employees of Johnson
S.P. Investigator I.A, Miller Pointed out
the officer who threaten my life, and I made
a positive Idenification of the officer who
threaten my life whish is currently employed
by the State of Georgia, Dept. of. Corr,
Johnson S.P. I was later informed that this
officer was not even suppose to work J-1
dormatory, that was not his assigned post and
has not been for the last 6 to 9 months. But
the week I get transfered there (J.S.P) the
officer comes to work J-1 for Approx. 2 to 3 hours
of a 12 hour Shift, and is never seen again. I
don't even know the name of officer but Inv.
Miller and Capt. Duncan does. After that I
was ask Some geustions by Capt. Duncan. I
told her I didn't know She became angry and
Stated " The Next 5 Years of Your life in my
              HANDS !
I became even more in fear and that my life

Continued from
pg. 3

would be taken at Johnson State Prison. Then Capt. Duncan Stated, "I'll MAKE A DEAL WITH YOU, I WILL NOT TAKE A WARRANT or DR for the phone found in a mattress in 3-1. If you tell me who the number is." She had just asked me who phone number was 478-275-7374. I agreed to deal with Capt. Duncan and told her again, "I didn't know the number, I know a number similar but not that pacific phone number. I am willing to take a lie detector test to my allegations. It is against S.O.P. to make deals with inmates that is clearly" "Personal Dealings" and also "The next 5 years of your life is someones hands means they have the power whether you live or die. Clearly a terroristic threat Made by Capt. Duncan. Witnessed by Warden Brad Hooks and I.A. Inv. Miller were both present. After about 10 minutes or so Capt. Duncan walks towards door at a fast paced shaming it in a mental rage. At this point I was up under extreme pain, stress, and fear, all signs of stroke. After telling Warden repeatedly even shaking tears in fear repeatedly telling Warden I am in fear of my life I was forced to go back th 5-1 and forced

Pg 4                    Attachment                    11-41-12
Dank G. Fredrick
SS,R, WSP, Dept. of Cor
V. "Civil Action Statement of Claim"

P5 - Attachments
J.S.P., W.S.P., Dept. of Cor

V. ● "Civil Action Statement of Claim"
Continued from
Pg. 4

to sit in pain and live in fear, Still no medical support.
On August 31, 2014 I went to Ofc. Grissett CO-I around
7:45 explaining to him and letting him see visaully that
my arm may be broken. He saw bone sticking out and
called nurse as she was passing out pill call. Nurse Moore
came to my door J-1 106 Aug. 31, 2014 and I showed
her my arm. She said he (I) needs to come up to
medical. I was told by officer Grissett it will be
a minute but he would get me up there to medical.
I waited 2 hrs and still no one came so I assed officers
why wasn't I taken to medical? I was told nurse moore
had got to the exit door of J-1 and stated "Tell him to
put in a sick-call". I asked for a supervisor to
be called cause I was in extreme pain at that mom-
ent and I seriously needed help. SGT. Tucker came
to my door approx. 30 minutes later. I showed him
my arm and his eyes got big and said call L.T. the
head supervisor (Lutentant Harris) he told me L.T. Har-
ris was coming, L.T. Harris never showed. Ofc.
Mitchell had came to my door with SGT. Tucker.
ofc Mitchell was explaining to SGT. Tucker what
nurse moore said, SGT. Tucker told me it's
was nothing he could do put in a sick-call.
Door was Slammed in my face another day

PJ-6  Attachments                    the Gitmo DICK
                              US.
                            , J.S.P., WSP., Dept of Corr.

V  🔴 "Civil Action Statement of Claim"

Continued from

PJ5

no medication, no medical support living in fear and
in pain. Not sure of exact date and time but
I believe the next day, I stopped L.T. (Leutentant)
Soles and told her I was in extreme pain will she
please help me. She asked me what was wrong I
told her I have been in pain for almost 2 weeks
now I ~~could~~ believe my arm is broken, I should
her my arm and she went and got a nurse. I'm
not sure of nurse name she came and said she
would put me in to see the x-ray nurse. O 9/2 or
9/3/2014 around 6:30 AM that same nurse came
down to J-1 and came to my door with Ofc. Wasson
CO II. She told me I would recieve a x-ray that
morning and told officer wasson to make sure I
get to medical she told him at least 3 times
to make sure I was taken to medical for my
x-ray appointment. Ofc. Wasson passed it on
to SGT. Hall and I was never taken for and
x-ray. Even ~~so~~ after I repeated to several officers
and nurses from 6:30 AM to 12:30 PM I was
told the x-ray nurse had left. At that time I
was more stressed than ever sharp pains begin shooting
from my chest to my arm, and laid down in pain
hoping I would not die at this prison. On September
4, 2014 approximily 8:40 PM after being in extreme

Fredrick
vs.
State, J.S.P., W.S.P, Dept
of
Corr

Pg 7   Attachments

V. ● "Civil Action Stament of Claim"
Continued From
page 6

pain all day I begin to have the same
Shooting chest pains also down my arm, my
whole side of my body was numb, and my vision
was a blurr. I was able to get ofc. Grissett and
ofc. Jordan to my door they called SGT. Tucker
to my door. I was laying on my bed when I
heard SGT. Tucker tell me to come to the door
It took all I had to make it to the door. I
did not really know what was happening to me I
remember laying back down shaking, pain steady
Shooting through my chest, Everything is a blurr
I hear SGT. Tucker tell officers Jordan & Grissett
don't call medical and walked off doing rounds.
Officers Jordan and ofc. Grissett stayed to my door
and finally after at least 25 minutes of me laying in
extreme pain they got me help. L.T. Harris and several
officers came to my cell I was took out on a strecher
and rushed to the hospital. L.T. Mckenzie and ofc. Parker
both was present while I was being treated at hospital,
in Dublin GA, Fairview hospital. It was later determined
I had a broken arm/factured elbow and from sitting
in pain so long, the pain rose my blood pressure
Causing the pains in my chest, putting me at Stroke
level, I was treated and took back to J.S.P. when
I returned back SGT. Tucker was the officer
At the I.D. and he said wow I thought you were joking you was hurt for real

Dande Fredrick
vs
State, JSP, WSP, Dept. of Cor

Pg. 8

V. "Civil Action Statement of Claim"

Continued from

Pg 7

The next morning I was questioned by Capt.
Duncan and Brad Hooks I told them both I'm in
extreme fear at this prison, Please move me. I
wrote statements, grivances, letters, all over
the prison for help. I was not even given a
phone call so I could let my family know I
was taken to the hospital and I almost
lost my life. I gave statements to LT. Dudley,
mental health counselor Ms Humpheys, CO II Gilmore,
SGT. HALL. mental health counselor tried to
help me and told me the captain Duncan told her
not to help me. I was still held at Johnson
S.P. where I was given a soft cast until I
see orthapedic for surgery and hard cast, In J-1 we
shower M-W-F and I have to take soft cast off
and medical has to re-wrap I have been
asking for almost 2 weeks now for medical to
re-wrap my arm and when will I go to orthapedic
for surgery. I have not recieve no support other
than meds. God officers as witnesses
that seen me ask over and over for
help and still recieve none a J.S.P. ofc. Poole,
Jordan, Grissett witnesses also wrote
Statements
End of Statement to Claim

Dande Fredrick

<u>Civil Case Summary</u> of <u>Dante Fredrick</u>

Incident took Place at Washington S.P.
8/19/2014 use of force by Cert. Danford, L.T.
Askew with captain Grier. No camera, was
never sent to medical and no incident report done
transported to Johnson state Prison 8/19/2014
no medical attn from 8/19/2014 until 9/4/2014
- 9/5/2014 to determine radial Head fracture.
Sick calls, wrote, officers told, nurses told, bet-
ween the dates of 8/19/2014 up too 9/2/2014
where it was documented but officers still failed
to take Dante Fredricks to x-ray even when
x-ray was ordered by medical Dept and set
for 9/3/2014. Inmate denied medical assistance
inmate sent to er/hospital after being in a
cell from 8/19/2014 until 9/4/2014 with
a radial head facture, no medical assistance,
no medications, Medical reports Plus Staff
witnesses to events. Also because of G.D.C. Transfer
system inmate fredrick was held almost 2 months
before sent to orthapedic on 10/21/2014 and on 10/21/
2014 and was ordered to <u>urgently</u> be transport-
ed back on 10/23/2014 to see D.R. Fulcher Clinic hand
Surgeon and still as of <u>11/28/2014</u> have not be send
back Condition worsening Do to delays of Dept of
Corrections transfer Dept.

Dante Fredrick
#11-41-121

Names and places of employment
of all the officers I wrote, told, or gave
statements too in my claim and also accused

Main 2 witnesses are Ofc. Jordan and Ofc. Grissett of
— Johnson State Prison — J.S.P.
— Washington State Prison — W.S.P.

Warden Brad Hooks — Warden J.S.P.

Cert Team Danford — W.S.P.

L.T. Askew — W.S.P

Captain Grier — W.S.P.

Warden Barrows. W.S.P.

L.T. Dudley — J.S.P

L.T. Soles — J.S.P.

L.T. Oneal — J.S.P.

SGT. Hall — J.S.P

L.T. Harris — J.S.P.

SGT. Tucker — J.S.P / SGT, HALL / C.T. ONEAL

Erica Raeford Tech care x-ray

Captain Duncan — J.S.P.

Nurse Moore — J.S.P. / Medical Dept

Counselor Battle — J.S.P. / Counselor Humphreys

Warden L. O. Butts

Internal Affairs investigator Miller

Ofc. Mitchell — J.S.P

Ofc. Poole — J.S.P.

Ofc. L. Gilmore — J.S.P.

Ofc. Aaron J.S.P

L.T. McKenzie J.S.P. / Ofc. Parker (female) JSP

**GEORGIA DEPARTMENT OF CORRECTIONS**

**PROGRESS RECORD**
**(MEDICAL-DENTAL)**

Facility: _Johnson SP_

NAME: _Fredrick Dante_

STATE I.D.#: _114121_

Date of Birth: _5/11/1981_

Race: _B_     Sex: _M_

| Date/Time | |
|---|---|
| 9/2/14 @ 0630 | S: I/m presented in J1 while making rounds c̄ c/o of "My ® elbow is broke / the bone is coming through it" |
| | O: ® elbow evaluated ø protruding bone noted / ® elbow c̄ raised bump c̄ tenderness noted c̄ suspicious growth c/o > 10 days of same site / Sick call protocol noted |
| | A: ® elbow fx |
| | P: Flu c̄ XRAY of ® elbow  Monitor c/o ———— @ ~~~~~ |
| | |
| | Inmate Dante G. Fredrick #11-41-121 |
| | Nurse Documented x-ray referal, and that I did put in sick-calls and that arm was or that I had be asking for help at least 10 days prior |
| | Dante G. Fredrick  11-41-121 |
| | |
| | Proof of being left in a cell a least up until 10 days prior to the date documented by nurse. |
| | Dante G. Fredrick  11-41-121 |

**GEORGIA DEPARTMENT OF CORRECTIONS**

**PROGRESS RECORD**
**(MEDICAL-DENTAL)**

Facility: Johnson SP

NAME: Frederick, Dante

STATE I.D.#: 1141121

Date of Birth: 5/11/81

Race: black     Sex: male

| Date/Time | |
|---|---|
| 9/4/14 2215 | Responded to stretcher call in J1, Inmate lying on the bed on his back, handcuffed to the front, head turned to the right side, c/o chest pain radiating to left arm. His mouth drooped, m speech slurred, and also c/o blurred vision. ——Tmoye, LPN |
| | |
| | Just Moments before SGT. Tucker Told Ofc. Grissett do not call medical which Ofc. Grissett wrote Statement to this and verbally told me in front of Ofc. Jordan this is what SGT. Tucker Said. And I heard SGT. Tucker Say this myself in front of my cell. (I) Dante G. Fredrick could have died due to SGT. Tucker telling officers don't call medical. Officers took upon they self and called for help. That is proof SGT. Tucker Saw my life was in danger and did not act reasonably. That proves "deliberate Indifference" and also Cruel and unusual punishment and also Causation. |
| | Dante Fredrick |
| | 11-41-121 |

PI-2005     REVISED 5/99     **DO NOT WRITE ON BACK**     **PROGRESS RECORD**

**Georgia Department of Corrections**

**NURSING ASSESSMENT**
**FOR CHEST PAIN**

Name: Frederick, Dante
GDC#: 1141121
Date of Birth: 5/11/81
Race: Black      Sex: male

DATE: 9 / 4 / 14      TIME: 2215      FACILITY: Johnson SP

SUBJECTIVE: This 33 year old ☑ male ☐ female presents with the chief complaint of: "Chest pain"

Timing of pain is: ☑ Intermittent ☐ Constant ☐ Other (describe): n/a

Describes pain as: ☐ Dull ☑ Sharp ☐ Crushing ☐ Throbbing ☐ Squeezing ☐ Tightness ☐ Choking

☐ Pressure ☐ Heaviness ☐ Burning Location: ☐ Substernal ☑ Left Chest ☐ Right Chest ☐ Epigastrium

☐ Neck ☐ Other (describe): n/a      Radiation: ☑ Yes ☐ No ☑ Left Arm

☐ Jaw ☐ Other Has been present for: "I don't know"      Associated with: ☐ Inhalation

☐ Expiration ☐ Movement ☐ Activity such as: ☐ Sitting ☐ Standing ☐ Lying Pain is aggravated

by: nothing      Pain is relieved by: nothing

History of: ☐ Recent upper respiratory infection ☐ Shortness of breath ☐ Trauma to chest ☐ Cardiac Disease

☐ Other Chronic Illness    Describe: n/a

Allergies are: NKDA

Current Medications: ∅

OBJECTIVE: Vital Signs: B/P 148/91  T 98⁴ Apical Pulse: ____ Radial Pulse: 88 R: 22 Wt. SpO2-99%

Vital Signs re-checked: Time: ____ B/P ____ T ____ Apical Pulse ____ Radial Pulse ____ R ____

Chest/Cardiovascular exam: E14A

Heart Rate and Rhythm: Normal Sinus Rhythm, 84 prob early trans, consider RVH or PMI

ASSESSMENT: ☑ Chest Pain ☐ Other assessment unrelated to chest pain Describe: ____

PLAN: All chest pain will be referred to an Advanced Level Provider ☑ Time Advanced Level Provider notified: 2255

☐ Oxygen at 2-4 L/min.    ☐ Nitroglycerin gr. 1/150 SL (requires VALID ORDER)    ☑ EKG

Other: ____

DISPOSITION: (All referrals must follow protocol guidelines including referral for any vital signs abnormalities)

☐ REFERRAL ☐ STAT ☐ URGENT ☐ ROUTINE ☐ OTHER ☐ Appointment made Date: ____/____/____

EDUCATION: Send to ER for evaluation.

Signature Moye, LPN

P-30-0007-03 (REV. 11/10) NURSING ASSESSMENT FOR CHEST PAIN
DO NOT WRITE ON BACK - USE BLACK INK ONLY

Georgia Department of Corrections

**NURSING ASSESSMENT FORM FOR
COMPLAINTS NOT SPECIFIC TO ANY
OTHER PROTOCOL FORM**

Name: Fredrick Dante
GDC#: 1141124
Date of Birth: 5-11-81
Race: Black   Sex: Male

DATE: 9/5/14   TIME: 0355   FACILITY: Johnson S.P.

SUBJECTIVE: This 33 year old ☑ male ☐ female   presents with the chief complaint of _"I'm Alright"_

Flu Hospital return.

OBJECTIVE: Vital Signs: B/P 133/90   T 98.1   P 78   R 20   Wt. _____
ALLERGIES: NKDA
PHYSICAL FINDINGS: A & O x 3, NO c/o of discomfort or pain, Cast to
(R) arm intact.

ASSESSMENT: Flu hospital return

PLAN: Give motrin 600 mg for pain.

DISPOSITION: (All referrals must follow protocol guidelines including referral for any vital signs abnormalities.)
☐ REFERRAL   ☐ STAT   ☐ URGENT   ☑ ROUTINE   ☐ Appointment made   Date:
9/8/14
☐ OTHER: _____

EDUCATION: Take motrin c̄ food may upset stomach. Keep Flu appt
c̄ ULP, Avoid strenous activities. Return to medical if symptoms
worsen.

Signature _Le Walker, LPN_

(REV. 11/10) NURSING ASSESSMENT FOR COMPLAINTS NOT SPECIFIC TO ANY OTHER PROTOCOL FORM
DO NOT WRITE ON BACK – USE BLACK INK ONLY

# MEDICATION
# ADMINISTRATION RECORD

A/W = ACCEPTED BUT WASTED
O = PATIENT OUT OF FACILITY
H = PATIENT IN HOSPITAL
F = NON FORMULARY PENDING

DATE

RACE

| | | MONTH: September YEAR: 2014 | | ALLERGIES: N K D A | | | | | | | | | | | | | | | | DAYS OF THE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Start | Stop | Drug-Strength-Route-Directions | Hour | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | | |
| 9/5 | | Motrin 600 mg po TID | 7a | | | | | | | | | | | | | | | | | | | |
| | | X 5 days | 3p | | | | | | | | | | | | | | | | | | | |
| | | | 11p | | | | | | | | | | | | | | | | | | | |
| 9/8/14 | 12/8/14 | Motrin 800 mg po BID | 7A | Code | | | | | | | | | | | | | A | A | A | R | |
| | | | | Initial | | | | | | | | | | | | | | | | | | |
| | | X 90 days | 7p | Code | | | | | | | | | | | | | A | A | A | A | |
| | | | | Initial | | | | | | | | | | | | | | | | | | |
| | | | | Code | | | | | | | | | | | | | | | | | | |
| | | | | Initial | | | | | | | | | | | | | | | | | | |
| | | | | Code | | | | | | | | | | | | | | | | | | |
| | | | | Initial | | | | | | | | | | | | | | | | | | |
| | | | | Code | | | | | | | | | | | | | | | | | | |
| | | | | Initial | | | | | | | | | | | | | | | | | | |
| | | | | Code | | | | | | | | | | | | | | | | | | |
| | | | | Initial | | | | | | | | | | | | | | | | | | |
| | | | | Code | | | | | | | | | | | | | | | | | | |
| | | | | Initial | | | | | | | | | | | | | | | | | | |

KEY: PLACE SAMPLE INITIALS AND CREDENTIALS NEXT TO THE FULL NAME SIGNATURE OF EACH PERSON GIVING MEDICATION.

| Initials | Full name signature | Initials | Full name signature | Initials | Full name signature |
|---|---|---|---|---|---|
| LM | L. Mayes, L.P.N. | | Lizz J Oliver, RN | EN | Eddie Walker, LPN |
| LM | Lisa Mayes, LPN | KM | T.F. Mare, LPN | SJ | Sonya Johnson, LPN |
| | | BM | Bettye Mitchell, LPN | | |

PI 2011      (REV.03-09)

SEE OTHER SIDE FOR LISTING OF SECURITY FEATURES
MFI130115579

**FAIRVIEW PARK**
H O S P I T A L

Script 1 of 1
332723
September 05, 2014

Patient:      FREDRICK, DANTE                                Age: 33

Address:     JOHNSON STATE PRISON
             WRIGHTSVILLE, GA 31096

Provider:   Travan Jasper, MD

Address:    200 Industrial Blvd
            Dublin, GA 31021

Phone:      (478) 275-2000

State ID:    045506              NPI:  1184738528

℞   Ibuprofen (Motrin)
    Oral Tablet
    600 Milligram
    1 tablet Q 8 hours as needed

Dispense Amount:  15 (Fifteen) Tablets

Subs Permitted:     Yes        Refill:  0 (Zero)  times
     *Pharmacist: Please dispense appropriate size/amounts.*

Travan Jasper, MD
DEA#:



**Fairview Park**
**HOSPITAL**

Fairview Park Hospital
200 Industrial Blvd
Dublin, GA 31021
(478) 275-2000

# Discharge Summary
# (Patient Copy)

Date:     09/05/2014
Time:     2:47 a.m.

| | | | | | |
|---|---|---|---|---|---|
| Treating Provider: | Travan Jasper, MD | | Phone: | (478) 274-3865   Fax: | (478) 274-3182 |
| Patient Name: | DANTE FREDRICK | | MR#: | F000593974 | Account: F00973444765 |
| Patient Address: | JOHNSON STATE PRISON WRIGHTSVILLE, GA 31096 | | Phone: | (478)864-4100 | |

| Your Discharge Instructions: | Your Medication Education: | Your Prescriptions: |
|---|---|---|
| CHEST PAIN FRACTURED ELBOW | Ibuprofen | Ibuprofen (Motrin) 600 Milligram # 15 Tablets 1 tablet Q 8 hours as needed (0 Refills).Printed. |

You should follow up with the following physician in 2 days:

Physician Name:  James Price, MD          Specialty:   Orthopedic Surgery

Address:     #15 Erin Office Park          Phone:    (478) 272-3022
             Dublin, GA 31021

Follow-up Notes:  On 09/05/2014 this patient was treated at Fairview Park Hospital for Refer to Discharge Instruction List.

9/6/14



**FAIRVIEW PARK**
H O S P I T A L

Fairview Park Hospital
200 Industrial Blvd
Dublin, GA 31021
(478) 275-2000

# Discharge Instructions
# (Patient Copy)

Date:     09/05/2014
Time:     2:47 a.m.

| Treating Provider: | Travan Jasper, MD | Phone: | (478) 274-3865 | Fax: | (478) 274-3182 |

| Patient Name: | DANTE FREDRICK | Phone: | (478)864-4100 |

Patient Address:          JOHNSON STATE PRISON
                          WRIGHTSVILLE, GA 31096

---

**Patient Discharge Instructions:**

### FRACTURED ELBOW

Your exam shows you have a fractured elbow.  This may be a small crack in the bone, or a major break with broken parts pushed out of position. Elbow fractures can take from 4 to 12 weeks to heal, depending on the type. Treatment usually consists with the wearing of a splint for the first few days, followed by a long arm cast. Some types of elbow fractures require surgery to put the bone fragments back into place. Some minor fractures of the elbow (usually the radial head) can be successfully treated with only a sling followed by gentle mobilization.

Fractures and muscle contusions cause bleeding in the deep tissues, which can increase the pressure in the extremity. There is a small chance that the pressure from the bleeding and swelling will interfere with the circulation to the hand. If this happens there is increased pain, numbness, coldness, and a pale color to the hand.  This is called muscle compartment syndrome, and requires immediate medical attention. If the pressure is very high, surgical treatment may even be needed.

**Follow These Instructions Carefully:**

1. Please do not scratch under your splint or cast.

2. Place an ice pack on the splint or cast over the injured area for 20 minutes every 2 hours the first day. Continue this 3 to 4 times a day until the pain and swelling start to go down.

3. Keep the splint or cast completely dry at all times. Bathe with your splint/cast well out of the water, protected with a large plastic bag rubber-banded at the top end. If a fiberglass cast or splint gets wet, you can dry it with a hair-dryer.

4. You may take acetaminophen (Tylenol) or ibuprofen (Advil, Motrin) for pain, unless another pain medicine has been prescribed.

**Follow up** with your doctor or this facility as advised. If a splint/cast was applied, it should be checked in 24 HOURS to be sure that it has not become too tight from swelling. Look for the warning signs below.

[NOTE: a radiologist will review any X-rays taken. You will be notified if there are any new findings that may affect your care.]

**Return to this facility immediately** or contact your doctor if:

- The plaster cast or splint becomes wet or soft.

- The fiberglass cast or splint remains wet for more than 24 hours.

- There is increased tightness or pain under the cast or splint.

- Your fingers become swollen, cold, blue, numb or tingly.

- Your condition worsens in any other way.

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and   i will be notified of significant discrepancies.



**FAIRVIEW PARK**
HOSPITAL

Fairview Park Hospital
200 Industrial Blvd.
Dublin, GA 31021
(478) 275-2000

# Discharge Summary
# (Patient Copy)

Date:     09/05/2014
Time:     2:47 a.m.

| | |
|---|---|
| Treating Provider: | Travan Jasper, MD |

Phone:   (478) 274-3865      Fax:      (478) 274-3182

| | |
|---|---|
| Patient Name: | DANTE FREDRICK |
| Patient Address: | JOHNSON STATE PRISON<br>WRIGHTSVILLE, GA 31096 |

MR#:     F000593974

Phone:   (478)864-4100

Account:  F00973444765

---

You should follow up with the following physician in 2 days:

| | |
|---|---|
| Physician Name: | Manuel Vega, MD |
| Address: | 206-A Hospital Dr<br>Dublin, GA 31021 |

Specialty:    Cardiology

Phone:        (478) 272-3525

Follow-up Notes:   On 09/05/2014 this patient was treated at Fairview Park Hospital for Refer to Discharge Instruction List.
Additional Notes: Recommend an outpatient cardiac stress test.

| | |
|---|---|
| Physician Name: | |
| Address: | |

Specialty:

Phone:

Follow-up Notes:

I understand that the emergency care I received is not intended to be complete and definitive medical care and treatment. I acknowledge that I have been instructed to contact the above physician(s) as indicated for continued and complete medical diagnosis, care, and treatment. EKG's, X-rays, and lab studies will be reviewed by appropriate specialists and I will be notified of significant discrepancies. I also understand that my signature authorizes this Medical Center to release all or any part of my medical record (including, if applicable, information pertaining to AIDS and/or HIV testing, mental health records, and drug and/or alcohol treatment) to the follow-up physician(s) listed above.

```
RUN DATE: 09/05/14              Fairview  EDM  **LIVE**                    PAGE 1
RUN TIME: 0248              Discharge Transition Record
RUN USER: F.NUR.JBP
```

**Patient:** FREDRICK,DANTE G              **Age/Sex:** 33/M              **Acct No:** F00973444765
**ED Provider:** Jasper MD,Travan Kennard, CON              **Unit No:** F000593974

## Patient Information

Patient: FREDRICK,DANTE G

Patient's Stated Complaint: CHEST PAIN

Patient's Chief Complaint: Cardiac Related

## Emergency Department Orders

| Ordered | Order | Ordering Provider | E-Signed |
|---------|-------|-------------------|----------|
| 09/04/14 2357 | COMPLETE BLOOD COUNT AUTO DIFF | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | POC TESTS | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | LIVER PROFILE | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | PROTHROMBIN TIME WITH INR | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | PARTIAL THROMBOPLASTIN TIME | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | D-DIMER | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | CHEST AP PORT | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | SALINE LOCK | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | CARDIAC MONITOR | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | BILATERAL EXTREMITY BPS | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | CONTINUOUS PULSE OXIMETRY | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | O2 | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | POC  Chem 8 Acknowledge | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | Point of Care Chem Complete | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | POC Troponin Acknowledge | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | Point of Care Troponin | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | POC 2hr Troponin Acknowledge | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | Point of Care 2h Troponin | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | FOREARM RT PORT | Jasper MD,Travan Kennard | Yes |
| 09/04/14 2357 | ELBOW RT PORT | Jasper MD,Travan Kennard | Yes |
| 09/05/14 0118 | SPLINT - CUSTOM (OCL) | Jasper MD,Travan Kennard | Yes |
| 09/05/14 0118 | SLING | Jasper MD,Travan Kennard | Yes |

## Patient Signature

Please sign below to indicate that THIS copy was received by the patient or their
representative.

Patient/Representative Signature:_____     Date:_____

**WE ASK THAT YOU KEEP THIS AND ALL OF YOUR HEALTH INFORMATION SECURE.**


*PINS*

**GEORGIA DEPARTMENT OF CORRECTIONS**

**PROGRESS RECORD**
**(MEDICAL-DENTAL)**

Facility: Johnson State Prison

NAME: Fredrick, Dante

STATE I.D.#: 1141121

Date of Birth: 5 / 11 / 81

Race: B          Sex: M

| Date/Time | |
|---|---|
| 9/8/14 0800 | MD |
| | V/S T100.6  BP132/88 P73 R18  238.5 lbs |
| | S - I was in altercation 2 weeks ago and |
| | rebroke my hand - Elbow. I First broke |
| | 2012 and I was without medical |
| | attention since then until 9/4/14 |
| | I am filing papers against you, medical |
| | & Johnson SP. It denies current CP |
| | O - VItals as above |
| | A Rt Elbow fracture based on xray |
| | report - Appearance of radial head |
| | suggest remodelling from previous fx |
| | No definite acute (abnormality appreciated) |
| | radiographically |
| | P - Patient claimed he didn't believe me |
| | that he was told he rebroke it. |
| | - He also say Motrim works a little and |
| | not total |
| | - Patient will Follow with ortho |
| | Consult done. |
| | [signature] |

PI-2005          REVISED 5/99          DO NOT WRITE ON BACK          PROGRESS RECORD



**TECH CARE X-RAY**

106 West 5th Ave
Tallahassee,FL 32303
(850)562-1656
www.techcarexray.com

## Radiology Report

**PATIENT NAME:** FREDRICK, DANTE                    **PATIENT ID:** 1141121
**FACILITY:** JOHNSON STATE PRISON                   **DATE OF BIRTH:** 05/11/1981
**REFERRING PHYSICIAN:** DR AJIBADE                  **DATE OF SERVICE:** 09/10/2014
**REASON FOR EXAM:** EVALUATE HEALING OF PREV FX

Exam: RADIOGRAPH OF THE RIGHT ELBOW

Technique: AP and lateral views of the right elbow are submitted.

Prior studies: No prior studies are submitted.

Findings: A radial head fracture is present with a 1 cm posteriorly displaced bone fragment. The bones are seen through casting material. Otherwise negative Impression: Radial head fracture

Recommendation: Follow up as clinically indicated.

Transcribed: 09/10/2014 09:19 PM Raeford, Erica,
Verified By: 09/11/2014 10:49 AM Dr. BRIAN MURPHY, M.D.

PERSONAL & CONFIDENTIAL: If you have received this in error, please call (850)562-1656, or fax (850)562-7209, and please destroy this document and/or delete this e-mail.

ortho consult pe
aBedi,PAc
9/17/14
A Bodi, P.A.C.

In the United States District Court
for the Southern District
of Georgia

Dante Germaine Fredrick

V.

Stanley Williams, Warden of Smith
State Prison
Georgia Department of Corrections
Transfer Dept et. Al.,

ORDER TO SHOW
CAUSE FOR AN
PRELIMINARY
INJUNCTION &
A TEMPORARY
RESTRAINING
ORDER

Civil Action No. _____

Upon the complaint, the supporting affidavits of plaintiff, and,
It is: ORDERED that defendants _____ Show Cause
in room _____ of the United States Courthouse, _____ on
the ___ day of _____, 2014, at _____ O'clock Why a preliminary
injunction should not issue pursuant to Rule 65(a) of the Federal Rules
of Civil Procedure enjoining the defendants, their successors in offices,
agents and employees and all other persons acting in concert and
participation with them, from being denied medical attention and denial of
doctor's orders. I was ordered a urgent console to a hand and Arm surgeon on 10/21,
2014 From Dr. Hinson, See record attached as proof. It was said I needed to be sent
back to Augusta Medical State Prison on 10/23/2014 it's 12/2/2014 and I still haven't been
Sent back to the medical hospital when my injury is getting worst and worst each
day. I need to be housed at a medical prison because my injury is steady getting worst
do to Department of Corrections Transfer Dept. Neglecting Dr. Hinsons Orders and also my
well being. I need to be transferred to a medical prison so I can get proper medical treatment
IT IS FURTHER ORDERED that effective immediately, and pending the
hearing and determination of this order to show cause, the defendants Stanley
Williams, Warden of Smith State Prison, Georgia Department of Corrections Transf-
er Department and each of there officers, agents, employers, and all persons acting in
Concert or participation with them are restrained from housing plaintiff at a
level 5 Violent Prison with inmates who has life sentences or violent offenses. I am
a non-violent inmate never had a violent My crime is non-violent and my sent-
ence is not a lengthy sentence. I feel I was sent to a violent prison as retaili-
ation to grievances and because of exposure of wrong doings of the prison
System. Including medical denial, violation of rights and laws. I ask the
Courts to grant me the proper medical treatment and to be housed with non-vio-
lent offenders and to be given medical treatment urgently at Augusta medical
State prison. TRO. IT IS FURTHER ORDERED that the order to show cause
and all other papers attached to this application, be served on the aforesaid Plaintiff
by 12/2/2014
Dante Germaine Fredrick #11-41-121 Smith State Prison, P.O. Box 726, Glennville GA 30427
Dated _____

United States District Judge _____

Dante Fredrick
#11-41-121

Dante Germaine Fredricks

12/3/2014   Vidalia Orthopedic Center

On 12/3/2014 I was taken to Vidalia Orthopedic
Center 1707 Meadows Lane Suites F&H Vidalia,
Georgia 30474 I was seen by ~~Dector~~ DRS Bradley
Young and they took x-rays and examine my arm and
elbow. I was told because of of injury time frame
(Aug.19,2014) The injury is to far ahead to perform
surgery or to do anything about. And that I maybe
be considered disable or partially disable. Due to the
fact I was not treated in time for this injury it has
caused my bones to not heal correctly. Overview Dr. ~~Cater~~ Cantron

Georgia Dept. of Corrections
Transfer Dept.

Is soley responsible for this On 9/8/2014 a consul
tation request was sub-mitted clearly 21 days (3weeks)
after injury date. I was not taken to an orthopedic
until 10/21/2014 in Augusta Medical State Prison OR
Hinson, Othopedic clinic. Which is clearly 43 days later
of consultation request 9/8/2014 and clearly 64 days
past original injury date which is 8/19/2014. On- 10/21/2014
Dr. Hinson wrote to Georgia Department of Corrections I needed a urgent
consult by DR. Fulcher - ASMP Hand/ARM/Elbow Special-
ist on the following thursday 10-23-2014 - Urgently,
On 10/23/2014 a consultation request was done and and mark-
ed as urgent by Telfair State Prison Doctor Dave Cheney
M.D., I was not taken to urgent otho specialist until 12/3
2014 Clearly another 43 days for last urgent console request

and Consok ~~recommendation~~ request to G.O.C. from AMSP Otho Clinic
DR. Hinson. On On 10/23/2014 a urgent Consult-
ation request was done by DR. Dave Cheney M.D.
for Telfair State Prison. Because of the urgency
of my condition and the important, urgent time
frame violations by Georgia Department of Corrections
Transfer Dept, Which has left me to be possibly
disable for the rest of my life. This affects my ability
to work and feed my family and also my self. Also
effects my ability to fully protect myself from harm.
This is a violation of Constitution and amendment rights.
I have proof in writing of each Consultation request
and all doctor reports with times, dates, and ~~proof~~ proof
of Allegation. Also Console was written by doctor
9/8/2014 but not submitted to GDC until 9/-
26/2014 Which is Clearly 18 days after First console
was even ~~wrote~~ written and 37 days after injury
date. Johnson State prison medical dept. is sole respons-
ible for that, When they have full knowledge that a
injury of this kind Fractured Arm/Elbow 4 to 12 weeks
to heal but healing starts from time of break and surgery's
appointments, and consultation need to be done in the
beginning to avoid permanent disability and permanent
use of right arm. See attachments for proof of
Allegations of Plaintiff - Dante Germaine Fredricks
#11-41-121

Dante G. Fredrick
11-41-121

My first Consultation
Request was ~~000000~~
Written 9-1-8/2014. But
Was not recieve by R.R.
until 9/26/2014. Clearly
18 days later when R.R should
of recieved it the Same day or
the following day. Also Date
Of appointment altered why?

9/8/2014 until 10/27/2014
is clearly 50 days almost
2 months later for my first
Ortho appointment. When
injury happen in August
Clearly States. That makes
Georgia Department of Corrections
reliable for me not getting the
proper treatment in a timely
manner and causing my bones
to grow displaced and possibly
disable.

Referring Physician
DR. AJIBADE
Johnson State Prison

---

**GEORGIA DEPARTMENT OF CORRECTIONS**

**CONSULTATION REQUEST**

RECEIVED
SEP 26 2011
R.R.

Name: Frederick

EF or S/S No. 114121

Date of Birth 5/11/81

Facility JSP

Date: 9/8/14    Time: 12

Race: B    Sex: ☐

Use form PI-2007C for ASMP patients.    This is a: ☐ New Request    ☐ Re-submission

Site Code _____ Request Date: / /    Diagnosis Rt Elbow pain-
Service Consulted Ortho    ☒ Locally    ☐ ASMP    ☐ Telemedicine
This request is: ☐ URGENT    ☒ ROUTINE    Date Appointment Scheduled 10/21/14

Pertinent History: 33 year old involved in a print?
c/o claimed he rebroke his elbow to
X-ray report done at ER, reported no NO
acute abnormality appreciated

Pertinent Physical: Rt Elbow pain

Pertinent Workup, Lab Results: Fracture head radial remo del
in HPI

List All Medications: Mobic.

SPECIFIC QUESTION FOR CONSULTANT OR PROCEDURE
REQUESTED: Please evaluate this Rt Elbow
due to remodelling related re durs.

Site Medical Director: _____ Consult requested by: _____ (MD) DDS

**CONSULTANT'S FINDINGS AND RECOMMENDATIONS**

August alteration - suffered (R) elbow injury sustained 8/
Recent ER visit xray show radial head fx. Presents today
c/o elbow pain.

Exam: (+) Rt radial head    ROM - 60-100    Sup - 60
    ext - 0

② Dante Fredrick
#11-41-121

On 10/21/2014 Dante Fredrick
finally makes to Augusta Medical
State Prison AMSP to see orthopedic
Clinic Dr. Hinson. After examination
x-rays, and physical exam. Determined
I ~~still~~ needed to see DR.
Fulcher — Hand and Elbow specialist
URGENTLY
Because my
injury is steady
getting worst because
So much time has past
from August 19, 2014 until
10/21/2014 clearly 63 days
from injury Date 8/19/2014.
. I was not taken to another
Doctor until ~~the~~ 12/·3/2014
Which is clearly 44 days past
the time a orthopedic Doctor
requested a urgent consult
for 10/23/2014 · Georgia Dept.
Of Corrections again responsible.

~~_____~~ Referring Physician
Augusta State Medical Prison
AMSP Orthopedic Clinic
DR. Hinson

---

**GEORGIA DEPARTMENT OF CORRECTIONS**

**PROGRESS RECORD**
**(MEDICAL-DENTAL)**

**ASMP**

Facility: _____

NAME: _____ Fredrick Dan...

STATE I.D.#: _____ 1141...

Date of Birth: 5/1/81

Race: B          Sex: M

| Date/Time | |
|-----------|---|
| 10-21-14 1230 | ASMP Orthopedic Clinic c̄ Dr Hinson. Needs consult for Dr Fulcher's clinic this thursday (10-23-14 - Urgently) Please arrange consult. BB, ADL c̄ (assistance) shaving please. (PRN to this clinic Re: Elbow) _____ James A |
| | Dr Fulcher - ASMP hand / Elbow specialist _____ |
| | |
| | Needs urgent 7/u c̄ Medical Re: orthopedic 7/u this week |
| | ✓ 400 ... m... |

③ Dante Fredrick
11-41-121

Another Urgent Consultation
request by ~~one~~ another
Medical Doctor Dave Cheney M.D.
Still never made it
Until 12/3/2014
to Vidalia Orthopedics
That told me my injury
is so far gone it was nothing
than can do at this point
Cause this injury should have
be treated in the beginning
Again Georgia Dept of Corr
reliable for this.

Dante G. Fredrick
11-41-121

Referring Physician
Dave Cheney M.D.
Telfair State Prison

---

**GEORGIA DEPARTMENT OF CORRECTIONS**

**CONSULTATION REQUEST**

RECEIVED OCT 24 2014 BY: R.D.

Name Dan___
EF or S/S No. 1141121
Date of Birth 5-11-81
Race: B    Sex: ___

Facility __TSP__

Date: 10-23-14    Time: 1530

Use form PI-2007C for ASMP patients.    This is a: ☑ New Request    ☐ Re-submiss

Site Code: 2d33    Request Date: 10/23/14    Diagnosis Fx Radial Head
Service Consulted ORTHO/HAND    ☐ Locally ☑ ASMP    ☐ Telemedicine
This request is: ☑ URGENT    ☐ ROUTINE    Date Appointment Scheduled: ___/___/___

Pertinent History: Injury August → Radial Head Fx → Saw ORTHO who 3t___
Needs to see HAND Surg ASAP

Pertinent Physical: ↑ ROM OTE in Cuffs + exaggerating c/o in "L"___

Pertinent Workup, Lab Results: According to ORTHO NOTE Has malunited
Radial Head Fx ; Xray 9/10 → Radial Head Fx ___
1cm displaced fragment 10/21 → Got ea___ ___
c/w sequelae of remote Fx

List All Medications: EVAL + Recommend Rx___

SPECIFIC QUESTION FOR CONSULTANT OR PROCEDURE REQUESTED: ___

Site Medical Director: ___    Consult requested by: W Chen    ~~DAVE CHENEY, MD~~ MD / DD

**CONSULTANT'S FINDINGS AND RECOMMENDATIONS**

Dante G. Fredrick
#11-41-121
Smith S.P.
P.O. Box 726   30427
Glennville GA

VI.     Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments. Cite no cases or statutes.

Granting Dante G. Fredrick a declaration that the acts and omissions descried herein violated my rights under the constitution and laws of the United States and a preliminary and permanent injunction ordering defendants to stop the ~~~~~~ physical violence against me and every other inmate of the state of Georgia.

Granting Plaintiff Dante G. Fredrick compensatory damages in the amount of $50,000 against each defendant jointly and severally.

Plaintiff Dante G. Fredrick seek punitive damages in the amount of $50,000, Dante G. Fredrick seeks damages against each defendant, jointly and severally.

Plaintiff Dante G. Fredrick also seeks a jury trial on all issues triable by jury. Dante G. Fredrick also seek recovery of their costs in this suit and for pain and suffering and emotional stress. Any additional relief this court deems just, proper, and equitable.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___1___ day of __December__, 19 2014

Prisoner No. 11-41-121

Dante Fredrick
(Signature of Plaintiff)

6

In the United States
Court for the Southern District of
Georgia

Dante G. Fredrick

V.

Brad Hooks, warden Johnson State Prison
Paula Duncan, Captain of Johnson State Prison
L.T. Harris, Luetentant of Johson state
Prison
SGT. ██ Tucker, Supervisor of Johnson
State Prison
Nurse Moore, Medical Nurse of Johnson
State Prison
Warden Barrows, warden of
Washington State Prison
Captain Grier, Captain of Washington
State Prison
L.T. Askew, Adminastrative Luetentant
of Washington State Prison
Cert. Danford, Cert team officer
of Washington State Prison
Georgia Department of Corrections
Transfer Dept.

Summons

Civil Action No. _____

## To THE ABOVE-NAMED DEFENDANTS

You are hereby summoned and required to serve upon
Plaintiff, Whose address is Dante G. Fredrick #11-41-12) Smith
State Prison, P.O. Box 726, Glennville, GA 30427 an answer
to the complaint which is here with served upon you, exclu-
sive of the day of service, Or 60 days if the US. Governme-
nt of officer, agent thereof is a defendant. If you fail
to do so, Judgement by default will be taken against
You for the relief demanded in the complaint.

Clerk of the Court _____
Date: _____

12/4/14

Dante Fredius
11-41-12



☐ 404.688.1.
☐ 404.688.9  10
www.schr.org

Jordan Mattson
jmattson@schr.org

## SOUTHERN CENTER FOR HUMAN RIGHTS

83 Poplar Street, NW
Atlanta, GA 30303

Charles J. Ogletree, Jr.
*Chair Emeritus*

Maureen F. D. Duca
*Chair, Bo  of   ctor*

Stephen B. Bright
*President and Senior Counsel*

Sara J. Totonchi
*  itive Director*

November 5, 2014

Dante G. Fredrick (Prison ID# 114121)
Telfair State Prison
P.O. Box 549
Helena, GA 31037

Dear Mr. Fredrick,

We received your letter seeking assistance. The Southern Center for Human Rights is a non-profit public interest law office. We provide legal representation to people facing the death penalty, challenge patterns of human rights violations in prisons and jails affecting large groups of people, seek through litigation and advocacy to improve legal representation for poor people accused of crimes, and advocate for criminal justice reform in Georgia and Alabama.

We have a small legal staff responding to requests for assistance from people in jail and prison throughout Georgia and Alabama. We receive about 100 requests for assistance per week. Due to our existing case obligations and the scope and focus of our work, we cannot represent you or provide you with specific legal advice. However, we are deeply concerned about violence in Georgia's prisons and would appreciate if you could fill out the enclosed assault report form and return it to our office so that we can continue to document and keep track of violent incidents. The information we gather may inform our advocacy on this issue. In addition, please find enclosed some general information that may be helpful. We wish you all the best.

Sincerely,

Jordan Mattson
The Southern Center for Human Rights

Clerk of United States Court District for the southern
district of Georgia,

Re: Reciept Acknowlegement of 42 USC. 1983 and letter
and requested Documentation and Information.

Dear Clerk,

I am writing you in reguards of
a few things. Can you please write me back
~~send~~ immediately after recieving my petions also
Can you please send me a copy of all paperwork
of my petions because it's a on going battle to get
Copies and this prison is even resoricting inmates
to by only certain amounts of stamps and won't
even allow us to use money off our books to send or
legal material ~~even~~ when we have deadlines
legal material not making it to the courts etc.

I also requested Counsel but would take
any Counsel the Judge appoints to me. Also
Can you please ask the Judge to please pardon me
if I have made any mistakes because it has
taken me months to put this Civil Action
togeather. I have very very little knowleadge of
law and unfornitly very little research her at
the prison. ~~But~~ of I have truly done the best
I could. I am also reguesting information ⟶

Back page ⟹

and documentation on NAME CHANGE and also
On the legal rights to your name and I would
like to know about citizenship and giving up your
rights as a U.S. Citizen. Can you send me the
forms and actual information for this action
please. Also can you please keep me informed
on my Civil Action so I won't miss any dead-
lines or anything of that nature. And can I
say thank you ahead of time for anything you
help me with it is greatly appreciated
greatly. Thank you so much for your
help and all I can do now is wait for your
response to my letter take care.

                        Respectfully
                        Written,
                        Dante G. Fredrick
                        #11-41-121
                        Smith State Prison
                        P.O. Box 726
                        Glenville, GA 30427

In the United States District
Court For The Southern District of
Georgia

Dante G. Fredrick
V.                          First Request
                            For Production
                            of Documents
                            Civil Action
                            No. _____

Stanley Williams/warden of Smith State
Prison
Brad Hooks/warden of Johnson
State Prison
Darious/warden at
Washington State Prison
et Al.;

1) The Complete Prison records of all Plaintiffs/Institutional
File

2) All written statements, original or copies, I can attribute
as reports about the incident on August 19, 2014, and
September 4, 2014, September 5, 2014, made by G.D.C. empl-
oyees, and or witnesses

3) Any and all medical records [scribble] concerning incident on August
19, 2014 up until present time of incarceration of Dante G. Fredrick
at washington State Prison, Johnson State Prison, Telfair state
Prison, Smith State Prison, through and including the date of
your response to this request.

4) Any and all [scribble] rules, regulations, and policies of the Georgia
Department of Corrections about treatment of prisoners
with medical Injuries,

Dated 12/4/14      Signed [signature]

Dante Fredrick
#11-4-14

In the United States District Court

For the Southern District of

Georgia

Dante G. Fredrick

V.

Brad Hooks, Warden of J.S.P.
Captain Duncan, Captain of J.S.P.
SGT. Tucker, SGT, of J.S.P.
L.T. Harris, Shift Supervisor of J.S.P
Nurse Moore, Medical Dept Nurse J.S.P.
WARDEN Barrows, Warden of W.S.P.
Capt. Grier, Captain of W.S.P.
L.T. Askew, Administrative Luetentant
of W.S.P.
Cert Danford, Cert team of W.S.P.
Georgia Dept. of Corrections

DECLARATION
OF
Dante G. Fredrick

Civil Action No. _____

On August 19, 2014 I was assaulted by L.T. Askew and Cert team Danford. I was not taken to medical after use of force. I was transported the same day to Johnson State Prison from Washington State Prison. I was put in Isolation Segregation upon my arrival to Johnson State Prison I was denied medical treatment until 9/4/2014 when I was rushed to hospital cause of chest pains to determined a fractured elbow/arm. I was left in a cell from August 19, 2014 until 9/4/2014. I wrote Sick-calls, letters to all wardens, medical staff, I told them verbal staff wrote statements on my behalf. Georgia Department of Corrections failed to have me seen on time, They negleted urgent consoles written by several doctors. Leaving me with out 100% use of my and maybe partially Disabled. I have lost weight, been retailiated against by beening housed at a violent prison when I am a Level 1 crime security level. I live in fear of staff each day because I dont know what will come next. I have paper work that supports my allegations this statement is being made by me Dante Fredricks willfully and is the truth.

I declare under penalty of perjury that the foregoing is true and correct.

Dante G. Fredrick
#11-41-121
Smith State Prison
P.O. Box 726
Glennville, GA 30427

Executed at 12/4/2014