FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 APR 22 AM 9:55
[signature]
SO. DIST. OF GA.

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Dante Germaine Fredrick
GDC 11-41-121

Amended complaint

(Enter above full name of plaintiff or plaintiffs)

CV314-153

v.

Brad Hooks et. Al
In official and individully
capacicties

(Enter above full name of defendant or defendants)

I. Previous lawsuits

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes _____ No _____

    If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    1. Parties to this previous lawsuit:

       Plaintiffs: _____

       Defendants: _____

    2. Court (if federal court, name the district; if state court, name the county): _____

    3. Docket number: _____

    4. Name of judge assigned to case: _____

Dante Fredrick
A11-41-21
Smith State
Prison 724
PO Box
Glennville GA 130421

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):

   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?  Yes _____  No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
   Yes ✓  No _____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: Dante G. Fredrick GDC# 11-4/-721

   Defendants: William Danfourth (et. AL.)

2. Court (name the district):
   Southern District of Georgia Dublin Division

3. Docket number: 314 CV 162

4. Name of judge assigned to case: not sure yet / Magistrate Judge is B. Epps

5. Disposition
   (for example, was the case dismissed? appealed? is it still pending?):
   Still Pending

6. Approximate date of filing lawsuit: In December 2014 I believe not sure

Dante Fredrick
11-41-121
S.S.P.
P.O. Box 726
Galenville GA

2

7. Approximate date of disposition: __not sur__

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ✓ No ___

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ___ No ✓

1. If your answer to C is yes, name the court and docket number for each case:

II. Place of present confinement: __Smith State Prison__

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ✓ No ___

C. If your answer to B is yes:

1. What steps did you take? __I completed grievance procedure to the highest level all was denied for technical errors.__

2. What was the result? __nothing__

#11-41-14

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ✓ No ___

If yes, what was the result? ~~_____~~ nothing _____

D. If you did not utilize the prison grievance procedure, explain why not: _____
I did _____

IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Dante G. Fredrick #11-41-121
   Address: Smith State Prison
   P.O. Box 726
   Glenville GA 30427

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Brad Hooks
   Position: Warden
   Place of employment: Johnson State Prison
   Current address: Donovan Rd
   Wrightsville Ga,

C. Additional defendants: John Byrrows warden of Washington
   Capt Duncan — State Prison
   Sgt. Tucker — Capt Grier / WSP / Cert Danford
   Lt. Harris — WSP / Lt Askew / WSP
   Nurse Moore
   Georgia Dept. of Corrections Transfer Dept.

   (Johnson State Prison →)

4

V. Statement of Claim

> State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1) On 8/19/2014 approximately 3:00 P.M. at Washington State Prison I was awakened by Capt. Grier, Captain of Washington State Prison, Cert team CO II Danford, and L.T. Askew of WSP.

(2) They were at my cell in the Iso/Seg unit J-building. As I fully woke up I was told to come to the door and be hand cuffed. I did as I was instructed.

(3) I was handcuffed from behind and removed from the cell (J-1 206) by L.T. Askew and Grier and Danford. After I was removed from cell I was pat down and then told to go back in cell, all I had was my boxers on.

(4) Once inside cell my boxers was pulled down by L.T. Askew after Askew pulled my boxers down he looked at my penis and told me to turn around squat and cough. I repeated squatting and coughing 3 times and was told to bend over a fourth time at waist side and spread my anus open. I felt as if I was about to be raped by the officer noticing how he was looking at my penis.

(6) I refused. L.T. Askew rushed me grabbing my right arm bending it outward in some type of position until I felt intense, unbareable pain until I felt

5

①. On 8/19/2014 approximily 3:00 P.M. at Washington State Prison I was awakened by Capt. Grier/captain of Washington State Prison, Cert team CO. I Danford and L.T. Askew of W.S.P..

②. They were at my cell in the J-building IsolSeg unit. As I fully woke up I did as I was instructed to do which was to come to the cell door and be hand cuffed.

③. I was handcuffed from behind and removed from the cell (J-1 206) by L.T. Askew, Capt. Grier, Cert. Danford. After I was removed from the cell my roomate was searched and then I was told to go back in my cell to be stripped searched. I did as instructed to do.

④. Once inside the cell all I had on was my boxers which was pulled down by L.T. Askew. After L.T. Askew pulled my boxers down he looked at my penis and told me to turn around squat and cough.

⑤. I repeated squating and coughing 3 times and was told to bend over a fourth time at waist side and spread my anus open. Lt. Askew then put on his gloves and repeated his self asking me to bend over at waist side spread my buttocks and open my anus. I questioned this feeling a homosexual act about to occur.

⑥. L.T. Askew rushed me grabbing my right arm bending it outward in some type of position until I felt ~~intense~~ intense, unbareble pain until I felt

my bone crack!

⑦ I fell to my knees and then CO II Danford stuck his foot/boot in my back while I was already handcuffed on the floor.

⑧ I was not taken to medical even after a clear use of force I was taken to the deputy wardens office where I was questioned and then transported to Johnson State Prison around 7 to 7:30 P.M.

⑨ On August 19, 2014 approx. 7:00 to 7:30 I was transported to Johnson State Prison From Washington State prison. Upon my arrival I was taken to J-1 cell 106 one man cell Isolation/Segregation housing dormatory.

⑩ I noticed sharp pains in my right arm near my elbow. While in my cell at Johnson state prison I began to notice swelling, and a visible bone stick under the skin near my elbow near my forearm.

⑪ I told the officers on shift and they instructed me to write a sick which I did. Aug. 21, 2014 pain had become unbarable and I had put sick call in the day before another day left in a cell in severe pain and suffering.

⑫ A day or so later I was threaten by a officer of (J.S.P. Johnson S.P.) working J-1 dormatory were at the I was housed in J-1 cell 106. I was told by the officer (Name Unknown) I would not make it out alive and that he was the cousin

of a officer of W.S.P. and that he knows the reason why I was transferred to J.S.P. At that time I was in extreme fear and extreme fear for my family as well.

13) A day or so later not sure of exact date I was interviewed by internal affairs investigator Miller at the end of the interview after telling the investigator what had happen.

14) I.A. Investigator Miller walks to the captains office 20 minutes laters comes back into the room I was in and escorts me to the captains (captain Duncan Captain of Johnson State Prison) office. I.A. Miller points out the face of the officer on a clipboard full of I.D. cards and I make a positive Idenification of the officer.

15) This officer threaten my life and it was told to the Captain of Johnson State prison and also I.A. Miller. and this officer is also employed by the State of Georgia.

16) That officer had not worked J-1 dorm in 6-9 months before I arrived a J.S.P. And was only there 2 to 3 hours and never seen again.

17) After that had taken place I was asked some questioned by Capt. Duncan and she was asking me about a certain phone number "478-275-7374" She kept saying it was a officers number I told her I didn't know the number. Then I was threaten She Stated "The next 5 years of my life is in her hands!"

18) Then She tried to make a personal deal with me She Stated " I will not

take a warrant out on you if you don't tell me who the number is. I agreed and told her again I didn't know the number!

19) After about 10 minutes or so Capt. Duncan walks towards door at a fast pace slamming in in a mental rage. At this point I was up under extreme pain, stress, and fear, all signs of stroke.

20) After telling warden Hooks repeatedly I need medical treatment my arm hurts bad and I am in fear of my life I was forced to go back to J-1 Cell 106 to sit in pain and live in fear still no medical support.

21) On August 31, 2014 I showed officer Grissett the bone sticking out my arm and that my arm maybe broken. He stop the nurse as she was passing out pill call Nurse moore, She look and stated wow! he needs to come to medical!

22) I waited and waited then was told nurse moore got to the exit door and said put in a sickcall. I ask for a supervisor SGT. Tucker came I showed him he called for supervisor L.T. Harris but Harris never showed. SGT. Harris told me it was nothing he could do and slammed flap in my face another day of no medical support.

23) On 9/2 I was suppose to be x-rayed never was taken I begin feeling sharp pains run from my chest to my arm and I just laid

down hoping I would not die at this prison.

24) On 9/4/2014 8:10 pm after being in extreme pain all day. I begin to have the same shooting chest pains also down my arm, my whole side of my body was numb, and my vision was a blurr.

25) I was able to get officer Grissett and Jordan to my door they called SGT. Tucker to my door. I was laying on my bed when I have heard SGT. Tucker tell me to come to the door. It took all I had to make it to the door.

26) I didn't know what was happening to me all I remember was turning away from door and laying back down shaking, pain steady shooting through my chest, everything is a blurr.

27) I hear SGT Tucker tell officers Jordan and ofc. Grissett "Don't Call Medical" and then he was gone from my door.

28) Officers Jordan and ofc. Grissett stayed to my cell and finally after at least 25 minutes of me laying in extreme pain they got me help. L.T. Harris and several officers came to my cell I was took out on a strecher and rushed to the hospital.

29) LT. Mckenzie and ofc. Parker both was present while I was being treated at Fairview hospital in dublin GA.

30) It was determined I had a broken arm/ fractured elbow and from sitting in pain so long

the pain rose my blood pressure causing the pains in my chest, putting me at stroke level.

31) I was dreaded and took back to J.S.P.

32) The next morning I was questioned by Capt Duncan and Warden Brad Hooks, I told them both I'm in extreme fear at this prison, Please move me! I wrote statements, grievances, letters all over the prison for help!

33) I was not even given a phone call so I could let my family know I was taken to the hospital and I almost dred! I gave statements to L.T. Dudley, mental health counselor Ms. Humphreys, CO II Gilmore, SGT. Hall, Ms. Humphreys MH counselor told me Capt. Duncan told her not to help me.

34) I was suppose to be sent to ortopedics to have surgery months after months has passed! My bone has grown displaced do to Georgia Department of Corrections not transfering me to see doctors on time. Everything is shown in my exibits along with medical records supporting all claims.

End of Complaint

Dante Fredricks
#11-41-121
Smith State Prison
P.O. Box 726
Glennville GA 30427

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

① Granting Plaintiff Fredrick a declaration that the acts and omissions described herein violate his rights under the Constitution and laws of the United States and

② A preliminary and permanent injunction ordering defendants Brad Hooks (ET, AL,.) to cease their physical violence and

③ Granting Plaintiff Fredrick compensatory damages in the amount of 1 million dollars against each defendant jointly and severally

④ Plaintiff Fredrick seeks punitive damages in the amount of 1 million dollars, Plaintiff Fredrick seeks these damages against each defendant, jointly and severally.

⑤ Plaintiff also seeks a jury trial on all issues triable by jury.

⑥ Plaintiff also seek recovery of their cost in this suit and any additional relief this court deems just, proper, and equitable.

Dante Fredrick #11-41-121
Smith S.P.
P.O. Box 726
Glennville GA 30427

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 12th day of March 2015

Prisoner No. 11-41-121

(Signature of Plaintiff)

6

Dante Fredrick
#11-41-121
Smith S.P
P.O. Box 726
Glennville, GA 30427

Clerk, U.S. District Court
P.O. Box 1130
Augusta, Georgia 30903
Official Business

